UNITED STATES DISTRICT COURT

for the

<_Western_> DISTRICT OF <_Wisconsin_>

<Name(s) of plaintiff(s)>, _Ms. Roy Mitchell_ )
)
Plaintiff(s) )
)
)
v. )
) Case No. <Number> _16-cv-556wmc_
<Name(s) of defendant(s)>, )
_Honorable William C. Hanrahan_ )
Defendant(s) )
)

**NOTICE OF APPEAL**

Notice is hereby given that <Name all parties taking the appeal>, [plaintiffs] [defendants] in the above named case <See Rule 3(c) for permissible ways of identifying appellants.>, hereby appeal to the United States Court of Appeals for the <_7th_> Circuit [from the final judgment] [from an order <describing it>] entered in this action on <Date> _3-30-17_

Date: <Date> _4-3-2017_

<Signature of the attorney or unrepresented party>

<Printed name> _Ms. Roy Mitchell_
Attorney for <party>
<Address> _101 East Mifflin St. #804 Madison, WI_
<E-mail address> _lisamitchell624@gmail.com_ _53703_
<Telephone number> _608-210-9092_

DOC NO
REC'D/FILED
2017 APR -6 AM 9:32
PETER OPPENEER
CLERK US DIST COURT
WD OF WI