IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY MITCHELL,

    Petitioner,

v.

WILLIAM E. HANRAHAN,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-556-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Roy Mitchell's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/                                      9/21/2017

Peter Oppeneer, Clerk of Court           Date