DOC NO
REC'D/FILED
2017 SEP 27 AM 10: 23
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES DISTRICT COURT
for the
<Western> DISTRICT OF <Wisconsin>

<Name(s) of plaintiff(s)>, Roy Mitchell

Plaintiff(s)

v.

<Name(s) of defendant(s)>, William E. Hanrahan

Defendant(s)

Case No. <Number> 16-CV-556-WMC

## NOTICE OF APPEAL

Notice is hereby given that <Name all parties taking the appeal>, [plaintiffs] [defendants] in the above named case <See Rule 3(c) for permissible ways of identifying appellants.>, hereby appeal to the United States Court of Appeals for the < 7th > Circuit [from the final judgment] [from an order <describing it>] entered in this action on <Date>. 9-21-2017

Date: <Date> 9-21-2017

<Signature of the attorney or unrepresented party>

<Printed name> Ms. Roy Mitchell
Attorney for <party>
<Address> Currently Homeless
<E-mail address> lisamitchell626@gmail.com
<Telephone number> (608) 210-9092