APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

A. B., _Ms. Roy Mitchell_
Plaintiff(s),

File Number _16-CV-00556-wmc_

v.

C. D., _William E. Hanrahan_
Defendant(s)

Notice of Appeal

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the _7th_ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _2_ day of _October_, _2017_

(s) _Ms. Roy Mitchell_
Attorney for
Email Address: _lisamitch11626@gmail.com_

* See Rule 3(c) for permissible ways of identifying appellants.

DOC NO
REC'D/FILED
2017 OCT 10 AM 10:33
PETER OPPENEER
CLERK US DIST COURT
WD OF WI